# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130601

B & P LARSON FAMILY LIMITED
PARTNERSHIP,
   Plaintiff-Appellant,

v

IOSCO COUNTY ROAD COMMISSION
and PLAINFIELD TOWNSHIP,
   Defendants-Appellees.

SC: 130601
COA: 263619
Iosco CC: 04-001098-CZ

_____/

   On order of the Court, the application for leave to appeal the January 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

            Clerk

d0522